IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

JERRY LYNN LOFTON                                                      PETITIONER

V.                                                NO. 3:20-CV-00086-MPM-JMV

WARDEN JESSE WILLIAMS and
THE ATTORNEY GENERAL OF THE STATE OF MISSISSIPPI        RESPONDENTS

## ORDER

Petitioner Jerry Lynn Lofton, proceeding *pro se*, filed the instant action seeking a writ of habeas corpus under 28 U.S.C. § 2254. Pending before the Court is Petitioner's motion [2] to proceed *in forma pauperis* ("IFP") in this action. Upon due consideration, the Court finds that Petitioner's application for leave to proceed IFP is incomplete.

Under 28 U.S.C. § 1915(a)(2), a petitioner seeking to proceed IFP must "submit a certified copy of the trust fund account statement [] for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . ." In moving to proceed IFP, Petitioner submitted a certified copy of his inmate account dated May 14, 2019. As the information regarding his inmate account is more than six months old, it does not comply with the requirements set forth above.

Accordingly, Petitioner is directed to submit a certified copy of his inmate account information "for the 6-month period immediately preceding the filing of [his] complaint" within twenty-one (21) days from the date of this order. Petitioner's failure to do so may result in dismissal of this action.

       **SO ORDERED**, this the 23rd day of March, 2020.

                                           /s/ Jane M. Virden
                                           JANE M. VIRDEN
                                           UNITED STATES MAGISTRATE JUDGE