IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

JERRY LYNN LOFTON                                                   PETITIONER

V.                                                     NO. 3:20-CV-00086-MPM-JMV

WARDEN JESSE WILLIAMS and
THE ATTORNEY GENERAL OF THE STATE OF MISSISSIPPI        RESPONDENTS

ORDER DIRECTING STATE TO RESPOND

Jerry Lynn Lofton has filed a petition for relief under 28 U.S.C. § 2254. It is

**ORDERED**:

1. That no later than June 29, 2020, the respondents, through the Attorney General of the State of Mississippi, must file a response to this petition, along with all relevant transcripts of the proceedings in the state courts of Mississippi arising from the petitioner's conviction for murder in the Circuit Court of DeSoto County, Mississippi.

2. Within fourteen (14) days of service upon him of a copy of the respondents' response, the petitioner may file his reply to the allegations contained in the response.

3. The Clerk of Court will serve by email (Return Receipt, High Importance) a copy of the petition, this order, acknowledgment of service of process form, and any other initial filings, upon Lynn Fitch, Attorney General of the State of Mississippi, or her lawful successor, to Assistant Attorneys General Jerrolyn Owens and Bridgette Grant. The respondents must electronically file the completed acknowledgment of service of process form upon receipt.

Petitioner is warned that failure to keep this court informed of his current address could lead to dismissal of his lawsuit.

This, the 13th day of April, 2020.

                                                          /s/ Jane M. Virden
                                                          JANE M. VIRDEN
                                                          UNITED STATES MAGISTRATE JUDGE