IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

JERRY LYNN LOFTON                                                         PETITIONER

V.                                                            NO. 3:20-CV-00086-MPM-JMV

WARDEN JESSE WILLIAMS and
THE ATTORNEY GENERAL OF THE STATE OF MISSISSIPPI        RESPONDENTS

### ORDER

This matter comes before the Court upon Petitioner's motion to supplement the record. Doc. # 20. Specifically, Petitioner requests that he be allowed to submit certain medical records for the Court's review in considering his federal habeas petition. *Id.* Rule 7 of the Rules Governing §2254 Cases provides that, "[i]f the petition is not dismissed, the judge *may* direct the parties to expand the record by submitting additional materials relating to the petition." (Emphasis added.) While the Rules permit the Court to order expansion of the record, they do not require it. Upon due consideration, the Court finds expansion of the record to be unnecessary in this instance. Petitioner fails to demonstrate that submission of the identified medical records will aid in the resolution of his claims nor that it is proper. Moreover, Petitioner's health, whether physical or mental, is not relevant to any issues raised in Petitioner's federal habeas petition. *See* Doc. # 1. Accordingly, Petitioner's motion [20] to supplement the record is hereby **DENIED**.

**SO ORDERED**, this the 2nd day of November, 2020

                                                         /s/ Jane M. Virden
                                                         JANE M. VIRDEN
                                                         UNITED STATES MAGISTRATE JUDGE