IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

JERRY LYNN LOFTON                                                    PETITIONER

V.                                                      NO. 3:20-CV-00086-MPM-JMV

WARDEN JESSE WILLIAMS and
THE ATTORNEY GENERAL OF THE STATE OF MISSISSIPPI                  RESPONDENTS

<u>ORDER</u>

This matter comes before the Court upon Petitioner's motion for leave to file a sur-rebuttal.[1] Doc. # 27. In so moving, Petitioner fails to demonstrate, or even generally argue, that the filing of such a sur-rebuttal is necessary. And while Petitioner does cite Rule 5(a) and (e) of the Rules Governing § 2254 Cases in support, his reliance on this authority is misplaced. Rule 5(a) merely provides that "[t]he respondent is not required to answer the petition unless a judge so orders." Rule 5(a) of the Rules Governing § 2254 Cases in the United States District Courts. The Court did, in fact, order such a response from Respondents. *See* Doc. # 7. Rule 5(e) additionally provides that "[t]he petitioner may submit a reply to the respondent's answer or other pleading within a time fixed by the judge." Rule 5(e) of the Rules Governing § 2254 Cases in the United States District Courts. The Court also permitted Petitioner to file a reply within a certain period of time, and that reply has been filed.[2] *See* Doc. #s 7, 19. Accordingly, the Court finds that Petitioner's motion [27] for leave to file a sur-rebuttal is not well-taken and is, therefore, **DENIED**.

**SO ORDERED**, this the 4th day of November, 2020

/s/ Jane M. Virden
JANE M. VIRDEN
UNITED STATES MAGISTRATE JUDGE

---

[1] Petitioner styles his filing as a "motion for permission to file a reply to the respondent's opposition to the petitioner's traverse." *See* Doc. # 27. In other words, Petitioner asks that he be allowed to file a reply to Respondents' reply to Petitioner's reply to Respondents' response to Petitioner's federal habeas petition. *See id.*
[2] The Court notes that Petitioner was granted an extension of time to file his reply. *See* Doc. # 17.