IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**JERRY LYNN LOFTON**                                                                 **PETITIONER**

V.                                                     **NO. 3:20-CV-00086-MPM-JMV**

**WARDEN JESSE WILLIAMS and**
**THE ATTORNEY GENERAL OF THE STATE OF MISSISSIPPI**      **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered today, the petitioner's federal habeas petition is **DENIED**, and this matter is **DISMISSED WITH PREJUDICE**. A certificate of appealability from this decision is **DENIED**.

**SO ORDERED**, this the 23rd day of February, 2021.


                                                         **/s/** Michael P. Mills
                                                         **UNITED STATES DISTRICT JUDGE**
                                                         **NORTHERN DISTRICT OF MISSISSIPPI**