IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**JERRY LYNN LOFTON**             **PETITIONER**

**V.**             **NO. 3:20-CV-00086-MPM-JMV**

**WARDEN JESSE WILLIAMS and**
**THE ATTORNEY GENERAL OF THE STATE OF MISSISSIPPI**      **RESPONDENTS**

### ORDER REQUIRING PETITIONER TO COMPLETE AND RETURN INMATE ACCOUNT DOCUMENTS

This matter comes before the Court on the motion [36] filed by Petitioner Jerry Lynn Lofton to proceed as a pauper under 28 U.S.C. § 1915 on his appeal of the Court's denial of his petition for a writ of habeas corpus under 28 U.S.C. § 2254. To proceed as a pauper, Lofton must present the Court "a certified copy of the trust fund account (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the [] notice of appeal . . . ." 28 U.S.C. § 1915(a)(2). Lofton has not done so in this case; as such, the Court cannot decide the instant motion. Thus, the Court will send Lofton the standard form for presenting this information attached to this Order. Lofton is therefore **ORDERED** to complete and return that form within thirty (30) days from the date of this Order. Failure to do so in a timely fashion will result in the dismissal of the instant motion.

This, the 7th day of April, 2021.

                                                   **/s/** Michael P. Mills
                                                   **UNITED STATES DISTRICT JUDGE**
                                                   **NORTHERN DISTRICT OF MISSISSIPPI**